### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUANN L. BENNETT                                )<br>                                                               )<br>    Plaintiff,                                        )<br>                                                               )<br>                                                               )<br>    v.                                                      )<br>                                                               )<br>ROBERT S. BENNETT, as Trustee for the )<br> BETTY KOPLAR BENNETT TRUST     )<br> AGREEMENT DATED MAY 13, 1992,  )<br>                                                               )<br>    Defendant.                                     ) | Civ. No. 1:07cv2251 CKK |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of Record:

Please enter the appearance of Allen V. Farber as additional counsel in this case for plaintiff, Luann L. Bennett.

Dated:  December 31, 2007

                                                        Respectfully submitted,

                                                        DRINKER BIDDLE & REATH LLP


                                                        By: /s/ Allen V. Farber
                                                            Allen V. Farber (D.C. Bar No. 912865)
                                                            Brian A. Coleman (D.C. Bar No. 459201)
                                                            1500 K Street, N.W., Suite 1100
                                                            Washington, D.C.  20005
                                                            (202) 842-8800 Telephone
                                                            (202) 842-8465  Facsimile
                                                            allen.farber@dbr.com
                                                            brian.coleman@dbr.com

                                                        *Counsel for Plaintiffs / Counterclaim Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed with the Court through the ECF system on the 31st day of December, 2007, and that service will be made electronically by the Court's system to Robert A. Van Kirk, counsel for Defendant.

/s/  Allen V. Farber