**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LUANN L. BENNETT** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
|    v. | )    Civ. No. 1:07cv2251 CKK |
| | ) |
| **ROBERT S. BENNETT, as Trustee for the** | ) |
|   **BETTY KOPLAR BENNETT TRUST** | ) |
|   **AGREEMENT DATED MAY 13, 1992,** | ) |
| | ) |
|    **Defendant.** | ) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of Record:

     Please enter the appearance of Allen V. Farber as additional counsel in this case for plaintiff, Luann L. Bennett.

Dated: January 2, 2008

                                          Respectfully submitted,

                                          DRINKER BIDDLE & REATH LLP


                                          By: /s/ Allen V. Farber
                                             Allen V. Farber (D.C. Bar No. 912865)
                                             Brian A. Coleman (D.C. Bar No. 459201)
                                             1500 K Street, N.W., Suite 1100
                                             Washington, D.C. 20005
                                             (202) 842-8800 Telephone
                                             (202) 842-8465 Facsimile
                                             allen.farber@dbr.com
                                             brian.coleman@dbr.com

                                             *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was filed with the Court through the ECF system on the 1st day of January, 2008, and that service will be made electronically by the Court's system to Robert A. Van Kirk, counsel for Defendant.

                        /s/  Allen V. Farber