IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUANN L. BENNETT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT S. BENNETT, as Trustee for the )<br>BETTY KOPLAR BENNETT TRUST )<br>AGREEMENT DATED MAY 13, 1992, )<br>793 Harbour Isles Place )<br>North Palm Beach, FL 33410 )<br>)<br>Defendant. ) | Civil Action No. 07-2251<br>(Judge C. Kollar-Kotelly) |

## CONSENT MOTION TO RESCHEDULE
## INITIAL SCHEDULING CONFERENCE

The Plaintiff, LuAnn L. Bennett, with the consent of counsel for Defendant Robert S. Bennett, as Trustee for the Betty Koplar Bennett Trust Agreement Dated May 13, 1992, hereby requests that this Court reschedule the Initial Scheduling Conference currently set for February 15, 2008 at 9:15 a.m., pursuant to this Court's Order dated January 11, 2008.

Plaintiff makes this request because both undersigned counsel for Plaintiff have prior commitments to appear in court in other matters on February 15, 2008, and as such are unavailable to appear in this Court on the date indicated. Counsel for Defendant has indicated his consent to the relief requested by Plaintiff in this motion. Additionally, undersigned counsel for Plaintiff is authorized to state that all parties have agreed to March 6, 2008 at 10:30 a.m. as an alternate date and time.

Respectfully submitted,

By:_____
   Allen V. Farber (D.C. Bar No. 912865)
   Brian A. Coleman (D.C. Bar No. 459201)
   DRINKER BIDDLE & REATH LLP
   1500 K Street, N.W., Suite 1100
   Washington, D.C. 20005
   Telephone: (202) 842-8800
   Facsimile: (202) 842-8465

*Counsel for Plaintiff LuAnn L. Bennett*

Dated: January 30, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January, 2008, a copy of the above and foregoing **Consent Motion to Reschedule Initial Scheduling Conference** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Allen V. Farber
Allen V. Farber

DC/ 627317.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LUANN L. BENNETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-2251 |
| ROBERT S. BENNETT, as Trustee for the | ) | (Judge C. Kollar-Kotelly) |
| BETTY KOPLAR BENNETT TRUST | ) | |
| AGREEMENT DATED MAY 13, 1992, | ) | |
| 793 Harbour Isles Place | ) | |
| North Palm Beach, FL 33410 | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Consent Motion to Reschedule Initial Scheduling Conference, it is hereby **ORDERED** that said Motion is **GRANTED**, and that the Initial Scheduling Conference shall take place on March 6, 2008 at 10:30 a.m. All other terms of the January 11, 2008 Order for Initial Scheduling Conference shall remain in effect.

Entered this ____ day of _____, 2008.

_____
United States District Judge

DC/ 627318.1