IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUANN L. BENNETT )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT S. BENNETT, as Trustee for the )<br>BETTY KOPLAR BENNETT TRUST )<br>AGREEMENT DATED MAY 13, 1992, )<br>793 Harbour Isles Place )<br>North Palm Beach, FL 33410 )<br>)<br>Defendant. ) | Civil Action No. 07-2251<br>(Judge C. Kollar-Kotelly) |

## CONSENT MOTION TO RESCHEDULE
## INITIAL SCHEDULING CONFERENCE

Defendant Robert S. Bennett, as Trustee for the Betty Koplar Bennett Trust Agreement Dated May 13, 1992, with the consent of counsel for Plaintiff LuAnn L. Bennett, hereby requests that this Court reschedule the Initial Scheduling Conference currently set for March 6, 2008 at 10:30 a.m.

Defendant makes this request because of a scheduling conflict on March 6, 2008, and because of the parties' other scheduling conflicts that have impeded timely completion of the parties' obligations under Fed. R. Civ. P. 26(f) and LCvR 16.3.

Counsel for Plaintiff has indicated his consent to the relief requested by Defendant in this motion. Additionally, undersigned counsel is authorized to state that all parties have agreed to April 10, 2008 at 10:30 a.m., as an alternate date and time.

Respectfully submitted,

By: _____/s/_____
    Robert A. Van Kirk (D.C. Bar No. 430588)
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, NW
    Washington, D.C. 20005
    Telephone: (202) 434-5000
    Facsimile: (202) 434-5029

*Counsel for Defendant Robert S. Bennett*

Dated: February 27, 2008

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2008, a copy of the above **Consent Motion to Reschedule Initial Scheduling Conference** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Robert A. Van Kirk
Robert A. Van Kirk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LUANN L. BENNETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-2251 |
| ROBERT S. BENNETT, as Trustee for the | ) | (Judge C. Kollar-Kotelly) |
| BETTY KOPLAR BENNETT TRUST | ) | |
| AGREEMENT DATED MAY 13, 1992, | ) | |
| 793 Harbour Isles Place | ) | |
| North Palm Beach, FL 33410 | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Consent Motion to Reschedule Initial Scheduling conference, it is hereby **ORDERED** that said Motion is **GRANTED**, and that the Initial Scheduling Conference shall take place on Thursday, April 10, 2008 at 10:30 a.m. All other terms of the January 11, 2008 Order for Initial Scheduling Conference shall remain in effect.

Entered this _____ day of _____, 2008.

_____
United States District Judge