IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LUANN L. BENNETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-2251 |
| ROBERT S. BENNETT, as Trustee for the | ) | (Judge C. Kollar-Kotelly) |
| BETTY KOPLAR BENNETT TRUST | ) | |
| AGREEMENT DATED MAY 13, 1992, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CONSENT MOTION TO RESCHEDULE
## INITIAL SCHEDULING CONFERENCE

Defendant Robert S. Bennett, as Trustee for the Betty Koplar Bennett Trust Agreement

Dated May 13, 1992, with the consent of counsel for Plaintiff LuAnn L. Bennett, hereby requests

that this Court reschedule the Initial Scheduling Conference currently set for April 10, 2008 at

10:30 a.m.

Defendant makes this request because of a scheduling conflict on April 10, 2008. The

parties do not anticipate any further requests to reschedule this conference.

Counsel for Plaintiff has indicated his consent to the relief requested by Defendant in this

motion. Additionally, undersigned counsel is authorized to state that all parties have agreed to

April 16, 2008 at 9:15 a.m., as an alternate date and time.

Respectfully submitted,


By:_____/s/_____
Robert A. Van Kirk (D.C. Bar No. 430588)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, D.C.  20005
Telephone:  (202) 434-5000
Facsimile:  (202) 434-5029

*Counsel for Defendant Robert S. Bennett*

Dated:  March 27, 2008

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March, 2008, a copy of the above **Consent Motion to Reschedule Initial Scheduling Conference** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/  Robert A. Van Kirk
Robert A. Van Kirk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LUANN L. BENNETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-2251 |
| ROBERT S. BENNETT, as Trustee for the | ) | (Judge C. Kollar-Kotelly) |
| BETTY KOPLAR BENNETT TRUST | ) | |
| AGREEMENT DATED MAY 13, 1992, | ) | |
| 793 Harbour Isles Place | ) | |
| North Palm Beach, FL  33410 | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Consent Motion to Reschedule Initial Scheduling conference, it is hereby **ORDERED** that said Motion is **GRANTED**, and that the Initial Scheduling Conference shall take place on Wednesday, April 16, 2008 at 9:15 a.m.  All other terms of the January 11, 2008 Order for Initial Scheduling Conference shall remain in effect.

Entered this _____ day of _____, 2008.


_____
United States District Judge