IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUANN L. BENNETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 07-2251 |
| ROBERT S. BENNETT, as Trustee for the ) | (Judge C. Kollar-Kotelly) |
| BETTY KOPLAR BENNETT TRUST ) | |
| AGREEMENT DATED MAY 13, 1992, ) | |
| ) | |
| Defendant. ) | |

## JOINT DISCOVERY PLAN

The parties to this action, Plaintiff LuAnn L. Bennett and Defendant Robert S. Bennett as Trustee for the Betty Koplar Bennett Trust Agreement Dated May 13, 1992, hereby submit the following discovery plan pursuant to this Court's April 16, 2008 Scheduling and Procedures Order.

A.   Discovery Requests Served to Date

As of the date of filing this Joint Discovery Plan, Defendant has served its First Set of Requests for Production of Documents, and served a Notice of Deposition as to Plaintiff LuAnn L. Bennett. Plaintiff has served Objections and Responses to Defendants First Set of Requests for Production of Documents. The deposition of Plaintiff has been postponed pending resolution of the parties' disagreement regarding the scope of discovery in this action, discussed in Section C below. Plaintiff has not served any discovery requests to date.

B.   Additional Anticipated Discovery Requests

Plaintiff expects to take the deposition of Defendant, and to serve written discovery requests concerning Plaintiff's claims and those defenses that have been pled by Defendant and

which, if proven, would operate as a bar to this action. Plaintiff also reserves the right to take discovery as to any other defense that Defendant may be permitted to pursue.

Defendant anticipates taking the deposition of Plaintiff, and the deposition of Lawrence Miller as, among other things, co-trustee of one or more trusts formed in 1989. Defendant may serve additional written discovery requests concerning Plaintiff's claims and Defendant's defenses as specified more fully in the parties' Joint Statement Pursuant to LCvR 16.3 filed previously.

C. <u>Anticipated Discovery Disagreements</u>

The parties are in fundamental disagreement regarding the proper scope of discovery in this case. A summary of the parties' initial positions regarding this issue is set forth in the Joint Statement Pursuant to LCvR 16.3, in sections A and C.8.

The parties expect to discuss this discovery disagreement further in connection with their meet-and-confer duties as respects any disagreement Defendant may have with Plaintiff's objections to Defendant's First Set of Requests for Production of Documents. Absent an agreed resolution, the parties expect that these issues may be raised in a motion to compel by Defendant, and/or a motion for protective order by Plaintiff. Plaintiff may also file a motion to strike certain affirmative defenses pled by Defendant.

D. <u>Dates for Discovery Exchange</u>

The parties expect to meet and confer regarding any disagreements respecting Plaintiff's objections to Defendant's First Set of Requests for Production of Documents in the next 1-2 weeks. Should a disagreement remain, the parties will endeavor to agree upon a briefing schedule as respects any resulting motion practice to address these issues.

Plaintiff anticipates serving written discovery requests within the next 1-2 weeks. Plaintiff also will complete its document production to Defendant within the next 1-2 weeks.

The parties intend to defer depositions until the aforementioned disagreement regarding the scope of discovery can be resolved.

Respectfully submitted,

By:_____/s/_____
   Allen V. Farber (D.C. Bar No. 912865)
   Brian A. Coleman (D.C. Bar No. 459201)
   DRINKER BIDDLE & REATH LLP
   1500 K Street, N.W., Suite 1100
   Washington, D.C. 20005
   Telephone: (202) 842-8800
   Facsimile: (202) 842-8465

*Counsel for Plaintiff LuAnn L. Bennett*


By:_____/s/_____
   Robert A. Van Kirk (D.C. Bar No. 430588)
   WILLIAMS & CONNOLLY LLP
   1500 K Street, N.W., Suite 1100
   Washington, D.C. 20005
   Telephone: (202) 434-5000

*Counsel for Defendant Robert S. Bennett*

Dated: April 30, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2008, a copy of the above and foregoing **Joint Statement Pursuant to LCvR 16.3** was filed electronically with the Clerk of the Court, using the CM/ECF system, which sent notification of such filing to all parties and counsel in this case.

/s/ Brian A. Coleman
Brian A. Coleman